CHARLES H. PALMER, Appellant, *v.* AUGUSTUS C. BOWEN, Impleaded, etc., Respondent.

(Argued March 21, 1893; decided April 11, 1893.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made April 13, 1892, which reversed as to the defendant, Augustus C. Bowen, a judgment in favor of plaintiff, entered upon a decision of the court at Special Term, and granted as to said Bowen a new trial.

*David Hays* for appellant.

*Thomas Raines* for respondent.

Agree to affirm order on opinion of General Term and for judgment absolute on stipulation.

All concur.

Order affirmed, and judgment accordingly.